UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BUTCHER AS SPECIAL RESPRESENTATIVE OF THE ESTATE OF LEONA TRIPPON; ROBERT TRIPPON; UNKNOWN HEIRS AND LEGATEES OF LEONA TRIPPON; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, <br><br> Defendant | Case No. 14-cv-3270 <br><br> Judge: Manish S. Shah <br><br> Magistrate Judge: <br> Young B. Kim |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

ZACHARY T. FARDON

United States Attorney

By: *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com

# **CERTIFICATE OF SERVICE**

      I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on November 19, 2014, and on the following non-ECF filers by first class mailing November 20, 2014:

William P. Butcher as Special Representative
of the Estate of Leona Trippon
2044 Ridge Road
Homewood, IL 60430


Robert Trippon
730 Navajo
Carpentersville, IL 60110

Unknown Heirs and Legatees of
the Estate of Leona Trippon
339 Willow Road
Wauconda, IL  60084

Unknown Owners and Non-Record Claimants
339 Willow Road
Wauconda, IL  60084

                                                        *s/Caleb J. Halberg*
                                                       CALEB J. HALBERG
                                                       Attorney for the United States
                                                       223 W. Jackson Blvd., Suite 610
                                                       Chicago, IL 60606
                                                       (312) 263-0003
                                                       chalberg@potestivolaw.com